ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Granite Construction Company | ) ASBCA No. 62437 |
| | ) |
| Under Contract No. W912PL-15-C-0027 | ) |

APPEARANCE FOR THE APPELLANT:    Jordy L. Murray, Esq.
    Counsel

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
John F. Bazan, Esq.
Brian M. Choc, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Los Angeles

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $144,583.90. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: May 24, 2022

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62437, Appeal of Granite
Construction Company, rendered in conformance with the Board's Charter.

        Dated:  May 25, 2022


                                            PAULLA K. GATES-LEWIS
                                            Recorder, Armed Services
                                            Board of Contract Appeals